IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY, <br><br> Plaintiff/Stakeholder, <br><br> v. <br><br> SIEGFRIED L. NOBLE, the ESTATE OF DEBORAH S.A. NOBLE, DOMINGO CONTRERAS, JR., individually, and as natural guardian and next of kin of L.N.C. and S.N.C., and ANDY NOBLE CONTRERAS, <br><br> Defendants/Claimants. | Case No. 1:18-cv-04576 <br><br> *Hon. Sharon Johnson Coleman* <br> *Magistrate Judge Michael A. Mason* |

**PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM
AND FOR ENTRY OF FINAL DECREE OF INTERPLEADER AND
<u>AWARD OF ATTORNEYS' FEES AND COSTS</u>**

Plaintiff Principal Life Insurance Company ("Principal Life"), by its undersigned counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing Defendants Siegfried L. Noble and the Estate of Deborah S.A. Noble's ("Noble claimants") counterclaim against it with prejudice and for entry of final decree of interpleader and award of attorneys fees and costs for the reasons stated in more detail in its supporting memorandum of law filed contemporaneously herewith.

WHEREFORE, Plaintiff Principal Life respectfully requests this Court enter an order dismissing any and all claims brought by the Noble claimants against it pursuant to Fed. R. Civ. P. 12(b)(6) and granting Principal Life such other and further relief as is just and equitable, including, but not limited to discharge from any and all liability under the policy at issue and an award of its reasonable attorneys' fees and costs.

2588531v.1

Respectfully submitted,

Dated: October 1, 2018

**PRINCIPAL LIFE INSURANCE COMPANY,**
Plaintiff/Stakeholder/Counter-Defendant

BY:     */s/ Edna S. Kersting*
       Edna S. Kersting
       55 W. Monroe Street, Suite 3800
       Chicago, IL 60603
       (312) 821-6162
       (312) 704-1522
       edna.kersting@wilsonelser.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2018 a true and correct copy of the foregoing document was electronically filed with the Court's ECF/CM system, which send notice of the filing to all counsel of record.

>           */s/ Edna S. Kersting*
> Edna S. Kersting

2588531v.1